# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KEVIN RAY GOLDEN**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:03CR00383 01**<br><br>MARY FRENCH, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges  1, 2, 3, 4, AND 5   as alleged in the violation petition filed on  1/31/2007 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court: [✔] revokes supervision heretofore ordered on   5/13/2004  .

   The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

5/10/2007
Date of Imposition of Sentence

/s/ David F. Levi
Signature of Judicial Officer

**HON. DAVID F. LEVI**, United States District Judge
Name & Title of Judicial Officer

May 17, 2007
Date

CASE NUMBER: 2:03CR00383 01     Judgment - Page 2 of 3
DEFENDANT: KEVIN RAY GOLDEN

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | FELON IN POSSESSION OF A FIREARM | 1/27/2007 |
| 2 | DRIVING WITHOUT A LICENSE | 1/27/2007 |
| 3 | TRAVEL OUTSIDE THE DISTRICT WITHOUT PERMISSION OF THE PROBATION OFFICE | 1/27/2007 |
| 4 | FAILURE TO PARTICIPATE IN A PROGRAM OF DRUG AND ALCOHOL TESTING | 1/18/2007; 1/21/2007; 1/25/2007 |
| 5 | FAILURE TO PARTICIPATE IN A CORRECTIONAL TREATMENT PROGRAM | 1/16/2007 |

CASE NUMBER:       2:03CR00383 01                                                                                      Judgment - Page 3 of 3
DEFENDANT:         KEVIN RAY GOLDEN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __.

18 MONTHS CONSECUTIVELY WITH ANY STATE SENTENCE THE DEFENDANT MAY CURRENTLY BE SERVING.

IT IS FURTHER ORDERED that no supervision is to follow.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends that the defendant be incarcerated at either the Herlong or Atwater, California facility, but only insofar as this accords with security classification and space availability.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                        _____
                                                                        UNITED STATES MARSHAL

                                                                  By    _____
                                                                        Deputy U.S. Marshal